**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *Plaintiff*, v. NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, *Defendant*. | Civil Action No.: 19-CV-0785 (TFH) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Center for Biological Diversity and Defendant National Highway Traffic Safety Administration hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

DATED: September 16, 2019                    Respectfully submitted,


*/s/ Anchun Jean Su*                          JESSIE K. LIU
ANCHUN JEAN SU (DC Bar No. CA285167)          D.C. BAR # 472845
Center for Biological Diversity               United States Attorney
1411 K Street NW, Suite 1300
Washington, D.C. 20005                        DANIEL F. VAN HORN
Tel: (202) 849-8399                           D.C. Bar # 924092
jsu@biologicaldiversity.org                   Chief, Civil Division

MAYA GOLDEN-KRASNER (*pro hac vice*)          By: /s/ *Matthew Kahn*_____
(CA Bar No. 217557)                           MATTHEW KAHN
Center for Biological Diversity               Assistant United States Attorney
660 S. Figueroa Street, Suite 1000            United States Attorney's Office
Los Angeles, CA 90017                         555 Fourth Street, N.W. – Civil Division
Tel: (213) 785-5402                           Washington, D.C. 20530
mgoldenkrasner@biologicaldiversity.org        (202) 252-6718
                                              Matthew.Kahn@usdoj.gov


*Counsel for Plaintiff*                        *Attorney for Defendant*